```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   WILLIAM B. MAYFIELD,
11            Petitioner,              No. CIV S-07-0346 RRB DAD P
12       vs.
13   D.K. SISTO, Warden, et al.,
14            Respondents.             ORDER
15   _____/
```

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging the 2005 decision by the California Board of Parole Hearings denying him parole. On April 25, 2007, respondents filed a timely answer to the petition. On May 29, 2007, petitioner filed a traverse. This case is now submitted for decision and in due course, the court will issue its findings and recommendations. Before the court is petitioner's request that this court take judicial notice of the Ninth Circuit's recent decision in <u>Hayward v. Marshall</u>, 512 F.3d 541 (9th Cir. 2008).

Judicial notice of adjudicative facts is appropriate with respect to matters that are beyond reasonable dispute in that they are either generally known or capable of accurate and ready determination by resort to a source whose accuracy cannot reasonably be questioned. <u>See</u> Fed. R. Evid. 201 and advisory committee notes. Petitioner's request for judicial notice will be

1  denied because he seeks that judicial notice be taken of matters failing to meet the requirements
2  of the applicable rule.  <u>See</u> Fed. R. Evid. 201(b).  Petitioner's request is also unnecessary.
3  Petitioner is advised that the court is well aware of the Ninth Circuit's decision in the <u>Hayward</u>
4  case.
5         Accordingly, IT IS HEREBY ORDERED that petitioner's April 2, 2008 request
6  for judicial notice is denied.
7  DATED: April 10, 2008.

   _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

11 DAD:9
   mayf0346.jn